IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAMEON VANDEIS AARON**                                                       **PLAINTIFF**

**VS.**                      **CASE N. 4:10CV02062 JMM**

**ROBERT L. TIDWELL, JR., ET AL.**                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on January 12, 2011, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __24__ day of January, 2010.

_____
James M. Moody
United States District Judge